## (May 7, 1984)

■ In the Matter of the Application of BARBARA FRIEND for Reinstatement as an Attorney. — Application for reinstatement granted and petitioner, Barbara Friend, reinstated as an attorney and counselor at law, effective immediately. Order entered. Mahoney, P. J., Kane, Main, Weiss and Mikoll, JJ., concur.

## (May 10, 1984)

■ In the Matter of LOIS M. FARNBAUGH JORDAN, Respondent, v WILLIAM N. FARNBAUGH, Appellant. — Appeal from an order of the Family Court of Chemung County (Whiting, Jr., J.), entered August 2, 1982, which, *inter alia,* directed that respondent be confined to jail for six months for willful violation of a prior order of child support. ¶ Appeal dismissed, as academic, without costs. Kane, J. P., Main, Mikoll, Yesawich, Jr., and Harvey, JJ., concur.